IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



In Re: §
 §
Affiliated Food Group § Case No:391-31265-RCM-11
Benefit Trust §
Debtor(s) §
 §
 §

## ORDER DISBURSING FUNDS FROM REGISTRY AND DEPOSITING FUNDS INTO UNCLAIMED FUNDS

The Court, after review of the file, finds this case was closed on August 17, 1999. and reopened on September 7, 1999 for the limited purpose of depositing $73,537.07 into the Registry of the Court. The funds represent unclaimed insurance premiums. There being no further need for the funds to be held by the Clerk in the Registry of this Court, it is

**ORDERED** that the Clerk disburse $73,537.07 plus all accrued interest to the United States Bankruptcy Court, 1100 Commerce Street, RM 12A24, Dallas, TX 75242. It is further

**ORDERED** that the $73,537.07 representing dividends due to individual claimants on Exhibit "A" be deposited into unclaimed funds, and the accrued interest is forfeited to the Treasury of the United States. It is further

**ORDERED** this case shall be closed without further order of this Court.

DATE: 8/7/01

ROBERT C McGUIRE
UNITED STATES BANKRUPTCY JUDGE

**A-3**

| CL | CLAIMANT'S NAME | TAX ID NUMBER | ADDRESS ONE | ADDRESS TWO | ZIP CODE | CHECK AMT. | CHECK NUMBER | CHECK DATE |
|---|---|---|---|---|---|---|---|---|
|   | A.B.A. Medical Center | 75-2208232 | 2700 Richmond # 13 | Texarkana Tx | 75503 | 18.14 | 316 | 12/4/98 |
| C | Abbott Lisa | 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 | 318 Iris | San Angelo Tx | 76903 | 31.28 | 501 | 12/4/98 |
|   | Adlerian Couns. | * | 1105 N Conner | Arlington Tx | 76012 | 12.51 | 859 | 12/4/98 |
|   | Aguirre Jose MD | * | 2101 N Mac Arthur Blvd | Irving Tx | 75061 | 38.88 | 861 | 12/4/98 |
|   | Ahn Suzanne | 75-2213535 | 5445 La Sierra | Dallas Tx | 75231 | 147.51 | 862 | 12/4/98 |
| C | Aldridge Donna | 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 | 1612 Terminal Rd. | Ft.Worth Tx. | 76248 | 1.78 | 506 | 12/4/98 |
| C | Alliance Health Care | * | 1400 S. Main #414 | Ft Worth Tx. | 76104 | 183.93 | 510 | 12/4/98 |
|   | Allied Clinical Labs | 87-0274059 | 201 Plaza Blvd | Hurst Tx | 76053 | 19.83 | 317 | 12/4/98 |
|   | Allison Michael G. MD | 75-2182391 | 3800 W 15th # 202 | Plano Tx | 75075 | 195.50 | 868 | 12/4/98 |
|   | AM Laboratories Inc | * | P.O. Box 140300 | Dallas Tx | 75214 | 5.72 | 869 | 12/4/98 |
|   | Arabouv Bala Krishna V. Dr. | 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 | 325 Waco St | Durant OK | 74701 | 17.52 | 875 | 12/4/98 |
|   | Arlington Prof. Pharmacy | * | P.O. Box 860117 | Dallas Tx | 75386 | 31.51 | 318 | 12/4/98 |
|   | Arlington-Mansfield Path. | 75-1986088 | P.O. Box 100789 | Ft Worth Tx | 76185 | 77.93 | 882 | 12/4/98 |
|   | Arnold Thomas J. B. MD | 75-2135663 | P.O. Box 7085 | Tyler Tx | 75711 | 39.54 | 319 | 12/4/98 |
|   | Associated Pathologists | 75-2270874 | 916 Main St # 214 | Texarkana Tx | 75501 | 85.90 | 886 | 12/4/98 |
|   | Aung Fleur M. MD Pathology | 75-2088003 | P.O. Box 85130 | Mesquite Tx | 75185 | 57.51 | 886 | 12/4/98 |
|   | Bailey Philip M.D. | 75-1302983 | P.O. Box 157 | Cleburne Tx | 76033 | 97.81 | 890 | 12/4/98 |
| C | Balderas Guadalupe | 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 | 2102 Kimberly | Arlington Tx | 76010 | 31.68 | 514 | 12/4/98 |
|   | Ball Betty MD | 75-1093587 | 2805 Texas Blvd # 501 | Texarkana Tx | 75501 | 42.54 | 320 | 12/4/98 |
| C | Ballinger Richard | 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 | 1506 S. Seaman | Eastland Tx | 76449 | 1.17 | 516 | 12/4/98 |
|   | Ballinger Family Health | 75-2172026 | P.O. Box 149 | Ballinger Tx | 76821 | 20.59 | 1492 | 12/4/98 |
|   | Banta Miguel B. M.D. | 75-1509785 | 1400 S Main # 41 | Ft Worth TX | 76104 | 223.49 | 892 | 12/4/98 |
|   | Barkite Sam MD | * | 1309 S Adams | Ft Worth Tx | 76104 | 308.10 | 894 | 12/4/98 |
|   | Barnes John W. | 75-1781933 | P.O. Box 100789 | Ft Worth Tx | 76185 | 16.89 | 895 | 12/4/98 |
|   | Baugh John R. M.D. | * | 2700 Tibbets Dr # 301 | Bedford Tx | 76022 | 7.19 | 896 | 12/4/98 |
|   | Baylor Med. Center @ Ford | 75-1737387 | 712 N Wood St | Gilmer Tx | 75644 | 85.76 | 902 | 12/4/98 |
|   | Beaumont Orthopaedic Assoc. | 74-2105465 | 2929 Calder # 100 | Beaumont Tx | 77702 | 281.13 | 906 | 12/4/98 |
|   | Bedford Meadows Hospital | 74-2518440 | 2900 Bedford Rd | Bedford Tx | 76021 | 4,626.28 | 911 | 12/4/98 |
|   | Beyer, Donald G. DO/Boyd ed | 75-2042011 | P.O. Box 827 | Boyd Tx | 76023 | 58.93 | 915 | 12/4/98 |
|   | Bianco J. A. D.O. | 75-1594746 | 2545 Ft Worth Ave | Dallas Tx | 75211 | 21.90 | 917 | 12/4/98 |
|   | Borman David G MD | 75-1558272 | 1718 10th St | Wichita Falls Tx | 76301 | 8.45 | 921 | 12/4/98 |
|   | Braly W. Grant MD | 76-0155709 | 6560 Fannin # 2100 | Houston Tx | 77030 | 232.25 | 923 | 12/4/98 |
|   | Brentlinger Anthony B M.D. | 75-2661095 | P.O. Box 120489 | Arlington Tx | 76012 | 129.03 | 925 | 12/4/98 |
|   | Bridgeport Hospital | 75-1227992 | 1301 Halsell St | Bridgeport Tx | 76026 | 189.34 | 321 | 12/4/98 |
| C | Bullock Peggy | 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 | 2601 Frankford | Dallas Tx | 75287 | 27.61 | 538 | 12/4/98 |
| C | Burnham Glenn | 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 | 9455 Landis | Beaumont Tx | 77707 | 187.69 | 537 | 12/4/98 |
|   | Byers Ernest H MD | * | 1650 W Magnolia #203 | Ft Worth Tx | 76104 | 64.44 | 322 | 12/4/98 |
| C | Cacioppo Jasper | 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 | 2970 Ave. D | Beaumont Tx | 77701 | 153.81 | 538 | 12/4/98 |
|   | Campbell James R. M.D. | 75-1559352 | P.O. Box 91 | Harrison Ar | 72602 | 17.52 | 939 | 12/4/98 |
|   | Caninic James PHD | 75-2018550 | P.O. Box 50010 | Ft Worth Tx | 76105 | 109.01 | 941 | 12/4/98 |
|   | Caramela Calvin M. MD | 75-1372826 | P.O. Box 741926 | Dallas Tx | 75374 | 24.52 | 323 | 12/4/98 |
|   | Cardia Thoracic & Vascular | 75-2076073 | 515 S Adams | Ft Worth Tx | 76104 | 650.62 | 943 | 12/4/98 |
|   | Cardiology Associates | 75-1362682 | 811 5th Ave | Ft Worth Tx | 76104 | 25.02 | 944 | 12/4/98 |
| C | Carrington David | 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 | 15035 Bent Tree Forest Cr | Dallas Tx | 75248 | 75.63 | 540 | 12/4/98 |
| C | Cervantes Petra | | 130 Beldaywood | Dallas Tx | 75224 | 26.20 | 544 | 12/4/98 |
|   | Chambers Wm. H M. D. | 75-1639024 | 733 S Fleishel | Tyler Tx | 75701 | 187.68 | 949 | 12/4/98 |
|   | Chamness Jimmy MD | 75-2286386 | P.O. Box 2097 | Mt Pleasant Tx | 75455 | 54.74 | 950 | 12/4/98 |
|   | Cherkassky M M.D. | 75-2079269 | 1650 Rosedale # 200 | Ft Worth Tx | 76104 | 31.28 | 954 | 12/4/98 |
|   | Children's Anesthesia Med. | * | 821 Benge Dr | Ft Worth Tx | 76013 | 20.02 | 956 | 12/4/98 |
|   | Chiropractic Health Keller | | 901 East Price # G | Keller Tx | 76248 | 60.13 | 959 | 12/4/98 |
| C | Chong Wilder | 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 | 157 Lakeshore Dr. | Mabank Tx | 75147 | 28.51 | 546 | 12/4/98 |
|   | City of Keller | 75-1294061 | 891 E Price | Keller Tx | 76248 | 58.65 | 324 | 12/4/98 |
| C | Clark Robert L. | 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 | 7319 Bennington | Dallas Tx | 75214 | 29.78 | 547 | 12/4/98 |
|   | Clinical Radiology Assoc. | * | P.O. Box 180762 | Dallas Tx | 75218 | 20.30 | 964 | 12/4/98 |
| C | Coan Michelle | 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 | Rt. 2 BOX 137 | De Leon Tx | 76464 | 4.38 | 549 | 12/4/98 |
|   | Consultants in Diag. Imagi g | 75-2274279 | 718 W Wheatland Rd | Duncanville Tx | 75137 | 14.89 | 325 | 12/4/98 |
|   | Cooper Larry J MD | * | P.O. Box1411 | Ft Worth Tx | 76101 | 2.60 | 326 | 12/4/98 |
|   | Cornwell Janis M D | 75-2090865 | 601 Omega Dr | Arlington Tx | 76014 | 229.91 | 971 | 12/4/98 |
|   | Cramer Michael MD | 75-2202651 | P.O. Box 3236 | Palestine Tx | 75802 | 17.16 | 975 | 12/4/98 |
|   | Crites Floyd R Jr. | * | 6250 NE Loop 820 | Ft Worth Tx | 76180 | 125.12 | 327 | 12/4/98 |
|   | Dallas Gastro | | 2227-D Haltom Rd | Ft Worth Tx | 76117 | 27.37 | 302 | 12/4/98 |
|   | Dallas Hem / Onc. Assoc | 75-2291621 | 6220 Walnut Hill # 4500 | Dallas Tx | 75231 | 300.21 | 982 | 12/4/98 |
|   | Dallas Infectious Disease | 75-1539574 | P.O. Box 741926 | Dallas Tx | 75374 | 8.13 | 328 | 12/4/98 |
|   | Dallas Memorial Hosp. | | P.O. Box 961014 | Ft Worth Tx | 76161 | 137.63 | 983 | 12/4/98 |
|   | Dallas Nephrology Assoc. | 75-1366650 | P.O. Box 300015 | Dallas Tx | 75303 | 68.82 | 984 | 12/4/98 |
|   | Dallas-Ft. Worth Medical | 75-2018750 | P.O. Box 85041 | Dallas Tx | 75285 | 584.17 | 981 | 12/4/98 |
| C | Daniel Troy | 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 | 1901 Belmeade | Brownwood Tx | 76801 | 16.66 | 558 | 12/4/98 |
| C | Daniell James W. | 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 | Rt. 2 Box 397 | Dekalb Tx | 75559 | 22.20 | 559 | 12/4/98 |
| C | Daniels Glenna | | 123 Peninsula Pt Ter. | Mabank Tx | 75147 | 14.87 | 560 | 12/4/98 |
|   | Daughety Michael MD | 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 | 2701 Lake Crest Dr | Flower Mound Tx | 75022 | 61.93 | 986 | 12/4/98 |
|   | David Granberry Mem. Hos . | 75-0762027 | P.O. Box 38 | Naples Tx | 75568 | 10.42 | 987 | 12/4/98 |
| C | Davis Judy | 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 | Rt. 2 BOX 169 | Argyle Tx | 76226 | 3.86 | 561 | 12/4/98 |
|   | Davis Charles P. M. D. | 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 | 1307 8th Ave | Ft Worth Tx | 76104 | 4.38 | 989 | 12/4/98 |
|   | Demarco M.D. | | 2227-D Haltom Rd | Ft Worth Tx | 76117 | 62.56 | 303 | 12/4/98 |
| C | Dennis Dusty | 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 | 201 Hwy 271 | Pittsburg Tx | 75480 | 12.40 | 506 | 12/4/98 |
| C | Devaney Betty | 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 | 509 N Hewitt Dr. #4 | Hewitt Tx | 76643 | 20.30 | 567 | 12/4/98 |
|   | Diagnostic Lab. (Pasco) | | 2227-D Haltom Rd | Ft Worth Tx | 76117 | 1.25 | 305 | 12/4/98 |
|   | Diagnostic Neurology | 75-1635979 | 5465 Blair Rd | Dallas Tx | 75231 | 147.64 | 995 | 12/4/98 |
|   | Dick David M. MD | 75-2234186 | 1021 E Idel | Tyler Tx | 75701 | 4.38 | 997 | 12/4/98 |
|   | Ditto Michael M M.D. | | 601 Rd To Six Flags W #131 | Arlington Tx | 76012 | 5.47 | 999 | 12/4/98 |
|   | Dixon Calvin Sr. M.D. | 75-2047413 | 9208 Elam Rd | Dallas Tx | 75217 | 24.71 | 1000 | 12/4/98 |
|   | Donahue Richard T MD | 75-2330647 | 5750 Pineland # 303 | Dallas Tx | 75231 | 125.12 | 1003 | 12/4/98 |
|   | Douglass Hal C M.D. | 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 | 6161 Harry Hines # 212 | Dallas Tx | 75235 | 65.31 | 1004 | 12/4/98 |
| C | Douglass Steven | 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 | 2712 Lubbock | Fort Worth Tx | 76109 | 39.22 | 573 | 12/4/98 |
|   | Dowling George MD | 75-1652851 | P.O. Box 4309 | Longview Tx | 75601 | 18.44 | 1005 | 12/4/98 |
| C | Driskell Kathy | 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 | 5613 Lubbock | Ft Worth Tx | 76133 | 32.49 | 576 | 12/4/98 |
|   | Du Bose Clifton E. | 75-2046577 | 1701 Pennsylvania Ave | Ft Worth Tx | 76104 | 372.23 | 1007 | 12/4/98 |
| C | Duggan Jerry | 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 | 1306 Apryl Dr | Aledo Tx | 76008 | 42.71 | 578 | 12/4/98 |
|   | Duhon Craig M. | 75-2326314 | 6701 Heritage Pkwy | Rockwall Tx | 75087 | 19.69 | 1008 | 12/4/98 |
|   | Duplan, Lopes, Drs. | 74-1917276 | 1535 Martin Dr #3 | Port Arthur Tx | 77642 | 42.80 | 1486 | 12/4/98 |
|   | East Texas Vascular Assoc | * | 110 E Lake St # 340 | Tyler Tx | 75701 | 478.58 | 1017 | 12/4/98 |

**A-3**

| CL | CLAIMANT'S NAME | TAX ID NUMBER | ADDRESS ONE | ADDRESS TWO | ZIP CODE | CHECK AMT. | CHECK NUMBER | CHECK DATE |
|---|---|---|---|---|---|---|---|---|
|   | Edwards Rudy L. D.O. | 75-1781471 | 1007 S Hampton | Dallas Tx | 75208 | 35.95 | 1019 | 12/4/98 |
|   | Eisenberg David H. DPM |  | 2155 Marsch Lane # 112 | Carrollton Tx | 75006 | 85.09 | 1020 | 12/4/98 |
|   | Emergicare Associates PA | 76-0229091 | P.O. Box 90865 | Houston Tx | 77299 | 7.01 | 1023 | 12/4/98 |
|   | Fairee Raymond | 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 | 800 8th Ave # 609 | Ft Worth Tx | 76104 | 164.22 | 1026 | 12/4/98 |
| C | Farmer Rachel | 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 | 817 Lake Place | Azle Tx | 76020 | 2.36 | 586 | 12/4/98 |
| C | Foster-Higgins Company, I c. | ********* | One Dallas Ctr #2200 | Dallas Tx | 75201 | 9,068.84 | 297 | 12/4/98 |
|   | Freeman Jenny E. MD | 75-2268158 | 800 5th St # 4410 | Ft Worth Tx | 76104 | 4,332.26 | 1035 | 12/4/98 |
|   | Ft Worth Osteo. Med. Ctr |  * | P.O. Box 862374 | Dallas Tx | 75286 | 42.73 | 1039 | 12/4/98 |
| C | Fullerton Hugh V. | 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 | 1300 Lexington Dr. | Corsicana Tx | 75110 | 85.34 | 597 | 12/4/98 |
|   | Garcia Arthur G. MD | 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 | 6601 McCart | Ft Worth Tx | 76133 | 421.36 | 1041 | 12/4/98 |
|   | General Anesthesiology As oc. | 75-2187934 | 7716 Glenview Drive # A | NRHills Tx | 76180 | 128.50 | 329 | 12/4/98 |
|   | Gilbert Medical & Surgical | * | 2101 N MacArthur Blvd # 214 | Irving Tx | 75061 | 324.81 | 330 | 12/4/98 |
|   | Godell Chester D.O. | 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 | 1717 Precinct Line Rd #209 | Hurst Tx | 76054 | 3.75 | 1049 | 12/4/98 |
| C | Goetz Gary | 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 | 603 9th Street | Ballinger Tx. | 76821 | 118.75 | 602 | 12/4/98 |
|   | Golden Triangle Emergenc | 74-1801501 | 4000 Twin City 307 | Groves Tx | 77619 | 64.61 | 331 | 12/4/98 |
|   | Gonzalez-Davi Adolfo DO | 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 | 517 N Carrier Pkwy # B | Grand Prairie Tx | 75050 | 248.66 | 332 | 12/4/98 |
| C | Goodwin Gerald | 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 | 1415 Babcock Rd #801 | San Angelo Tx | 76201-6655 | 34.10 | 605 | 12/4/98 |
|   | Gordon Robert E. | 75-2226843 | 777 S Broadway Ste # 209 | Tyler Tx | 75701 | 19.58 | 1050 | 12/4/98 |
|   | Gorrepati Navaneeta K. MD | 75-2207851 | 424 E Pleasant Run | DeSoto Tx | 75115 | 11.73 | 333 | 12/4/98 |
|   | Graham Seldon B. M.D. | 75-2063271 | 2500 W Morton #7 | Denison Tx | 75020 | 97.59 | 1051 | 12/4/98 |
|   | Granger David P. MD | 75-2165038 | 6800 Heritage Pkwy # 102 | Garland Tx | 75067 | 11.84 | 1052 | 12/4/98 |
| C | Grant Sidney W. | 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 | 3921 Diamond Loch E. | Ft. Worth TX | 76180 | 91.60 | 608 | 12/4/98 |
|   | Gregory Alex G. M.D. | 75-1687620 | 1400 S Main #303 | Ft Worth Tx | 76104 | 117.30 | 1058 | 12/4/98 |
|   | Grimes W. D.O. | * | 1424 Brown Trail # C | Bedford Tx | 76022 | 42.23 | 1059 | 12/4/98 |
| C | Guttrich Jamie | * | 3630 Brookhaven Club | Addison Tx | 75244 | 36.75 | 610 | 12/4/98 |
|   | Haggard Lloyd C. | 75-2128495 | 1200 Colt Rd # 109 | Plano Tx | 75075 | 74.40 | 1062 | 12/4/98 |
|   | Halpert James E. DDS | 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 | P.O. Box 758 | Colleyville Tx | 76034 | 6.78 | 1065 | 12/4/98 |
|   | Haltom City Chiropractic | * | 2900 A Denton Hwy | Haltom City Tx | 76117 | 64.44 | 1066 | 12/4/98 |
| C | Hannabas Mary | 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 | 1710 F Oak Creek | Bedford Tx. | 76021 | 1.36 | 617 | 12/4/98 |
|   | Hanson Gregory W. MD | 74-2114675 | 6550 Fannin Ste # 2100 | Houston Tx | 77030 | 9.38 | 334 | 12/4/98 |
|   | Healthscan | 75-1834428 | 200 King Lane # 109 | Garland Tx | 76042 | 60.43 | 1061 | 12/4/98 |
|   | Hearne Ronald H. MD | 75-1534201 | 4846 ME Stallings # 206 | Nacogdoches Tx | 75963 | 2.03 | 335 | 12/4/98 |
|   | Heilman Wayne M.D. | 75-2151008 | 122 W Colorado # 105 | Dallas Tx | 75208 | 4.09 | 1065 | 12/4/98 |
|   | Henderson Med. Group | * | 2227-D Haltom Rd | Ft Worth Tx | 76117 | 74.45 | 306 | 12/4/98 |
| C | Hendricks Jaye | 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 | 7651 Blue Carriage Ct | Ft. Worth Tx | 76120 | 31.59 | 625 | 12/4/98 |
|   | Hendrickson Pamela M D | * | 2101 N MacArthur Tx #202 | Irving Tx | 75061 | 30.65 | 1069 | 12/4/98 |
| C | Herring Jimmie | 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 | 1001 Christopher | Whitehouse Tx | 75791 | 8.86 | 627 | 12/4/98 |
| C | Hill Arthur F. | * | Rt. 3 Box 424 | Kaufman Texas | 75142 | 408.51 | 645 | 12/4/98 |
| C | Hill David | 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 | 104 Surry Lane | Gainesville Tx | 76528 | 655.49 | 646 | 12/4/98 |
|   | Hilliard Robert James MD | 75-2881095 | P.O. Box 120489 | Arlington Tx | 76012 | 13.78 | 1093 | 12/4/98 |
|   | Hilferbrand J.A. MD | * | 7777 Forest Lane # B | Dallas Tx | 75230 | 260.34 | 1094 | 12/4/98 |
|   | Hinkle, John C M.D.,P.A. | 75-2065995 | 221 W Colorado Blvd | Dallas Tx | 75208 | 50.67 | 1095 | 12/4/98 |
|   | Homecare USA Inc. | 22-1986105 | 825 Mearns Rd | Warminster Pa | 18974 | 191.12 | 336 | 12/4/98 |
|   | Hon Gordon DDS | * | 2227-D Haltom Rd | Ft Worth Tx | 76117 | 6.88 | 307 | 12/4/98 |
|   | Huster John E. | 75-1983586 | 1001 Main St | Texarkana Tx | 75501 | 8.13 | 1101 | 12/4/98 |
|   | Hust Robert G. MD | 76-0085616 | 6550 Fannin # 2036 | Houston Tx | 77030 | 13.29 | 1109 | 12/4/98 |
|   | Implant Fam. Dent. | * | 2227- D Haltom Rd | Ft Worth Tx | 76117 | 1.75 | 308 | 12/4/98 |
|   | Inst. For Cardio/Pulmon. | 75-1945605 | 1050 W Rosedale # 101 | Ft Worth Tx | 76104 | 461.51 | 1111 | 12/4/98 |
|   | Internal Medicine Assoc. | * | 1401 Airport Frwy # 110 | Bedford Tx | 76021 | 50.05 | 1112 | 12/4/98 |
| C | Irvine Sue | 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 | 806 Clover St. | Keller Tx | 76248 | 12.20 | 672 | 12/4/98 |
|   | Ivers & Shaw Associates, rs | 74-1736448 | 3155 Stagg Dr # 208 | Beaumont Tx | 77701 | 17.13 | 1117 | 12/4/98 |
|   | Ivy Richard G. II D.C. | 75-1797346 | 344 P S W Wilshire | Burleson Tx | 76028 | 62.09 | 1118 | 12/4/98 |
|   | Jaivin Jonathan SI MD | 45-40-1288 | 6550 Fannin # 2601 | Houston Tx | 77030 | 37.54 | 1122 | 12/4/98 |
| C | Jenkins Linda | 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 | Rt. 22 Box 932 | Tyler Tx. | 75704 | 4.25 | 689 | 12/4/98 |
| C | Johnson Donald | 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 | 633 Denton Drive | Sherman Tx. | 75090 | 320.79 | 688 | 12/4/98 |
| C | Johnson Kimberly | 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 | 5701 Sandshell Dr. | Ft. Worth Tx | 76137 | 133.69 | 685 | 12/4/98 |
| C | Jones Perry | 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 | 1909 Yosemite Dr. | Fort Worth Tx | 76112 | 29.38 | 683 | 12/4/98 |
|   | Jorns Kenneth MD | 75-0995131 | 424 Summit Ave | Ft Worth Tx | 76104 | 2.50 | 1127 | 12/4/98 |
|   | Kaufman Pathology Lab | * | P.O. Box 741928 | Dallas Tx | 75374 | 7.19 | 337 | 12/4/98 |
|   | Kauser Rehana MD | 75-2052871 | 800 5th Ave # 418 | Ft Worth Tx | 76104 | 87.58 | 338 | 12/4/98 |
|   | Kendell W R MD | * | P.O. Box 885 | Tomball Tx | 77375 | 60.06 | 1130 | 12/4/98 |
|   | Kimberly Home Health Dall s | 46-0936067 | P.O. Box 2 | Hurst Tx | 76056 | 1,338.65 | 1132 | 12/4/98 |
|   | Kimbro Medical Center | 75-1302983 | 505 N Ridgeway | Cleburn Tx | 76033 | 3.60 | 1133 | 12/4/98 |
| C | King Catherine | * | 2711 Rio Grande | Austin TX | 78705 | 7.66 | 636 | 12/4/98 |
|   | King T. Kevin M.D. | 75-1581305 | P.O. Box 4800 Dept 208 | Tyler Tx | 75712 | 41.66 | 340 | 12/4/98 |
| C | Knaus Scott | 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 | 2020 Orange Acres | Groves Tx | 77619 | 12.65 | 630 | 12/4/98 |
| C | La Combe Robert | 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 | P.O. Box 533 | Llano Tx | 78643 | 392.09 | 678 | 12/4/98 |
|   | Laboratory Physicians Ass c. | * | P.O. Box 100789M | Ft Worth Tx | 76185 | 55.32 | 1139 | 12/4/98 |
|   | Lake Pointe Medical Cente | 74-2250111 | P.O. Box 816049 | Dallas Tx | 75381 | 1,223.97 | 1140 | 12/4/98 |
|   | Landers W.H. Jr. | 76-0145801 | 1117 Gallagher # 470 | Sherman Tx | 70590 | 83.71 | 1143 | 12/4/98 |
| C | Lane Todd | 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 | 833 Pacific | Hurst Tx | 76053 | 101.19 | 679 | 12/4/98 |
|   | Laney Daryl | 75-2295078 | P.O. Box 1798 | Roanoke Tx | 76262 | 35.03 | 1145 | 12/4/98 |
|   | Leonard Peter MD | 75-1834261 | 1000 Fifth Ave # E | Ft Worth Tx | 76104 | 145.14 | 1148 | 12/4/98 |
|   | Leuzinger Donn E. M.D. | 75-1439388 | 1819 Midwestern Pkwy | Wichita Falls Tx | 76302 | 17.05 | 1149 | 12/4/98 |
|   | Lindsay Robert M.D. | 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 | 800 8th Ave # 440 | Ft Worth Tx | 76104 | 118.86 | 1150 | 12/4/98 |
| C | Lockhart Donnie | 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 | 4686 N Springs Ln | Kennesaw Ga | 30144 | 13.42 | 691 | 12/4/98 |
| C | Long Mickey | 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 | P.O.BOX 53 | Albany Tx. | 76430 | 36.24 | 692 | 12/4/98 |
| C | Longhofer Peggy | 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 | 607 Nassau Bay # | Granbury Tx. | 76048 | 49.10 | 693 | 12/4/98 |
|   | Lumpkin Forest E. Jr. M | 75-1382079 | 8210 Walnut Hill | Dallas Tx | 75231 | 23.15 | 1157 | 12/4/98 |
|   | Mackenzie Donald DR. | 75-2140893 | 120 S Central Expwy # 204 | McKinney Tx | 75070 | 20.96 | 341 | 12/4/98 |
|   | Mactal Josefina M D | 75-2143459 | 5501 LBJ Frwy # 310 | Dallas Tx | 75240 | 173.60 | 1158 | 12/4/98 |
|   | Manske-Sheffield Radiolog | 74-1692539 | 3617 Professional Dr | Port Arthur Tx | 77643 | 15.64 | 1161 | 12/4/98 |
|   | Massey Warner B. MD | 75-2138138 | Box 487 | Hawkins Tx | 75765 | 9.51 | 1167 | 12/4/98 |
| C | McBee Chris | 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 | 106 Bronco Drive | Palestine Tx | 75801 | 44.70 | 704 | 12/4/98 |
| C | McBride Tim | 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 | Rt. 1 Box 124 | Princeton TX | 75077 | 78.39 | 705 | 12/4/98 |
| C | McCiister Michael | 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 | 1076 Sunrise Cou rt | Keller TX | 76248 | 56.90 | 706 | 12/4/98 |
|   | McConnell Thomas H. M. .P.A. | 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 | 3636 E Amherst St | Dallas Tx | 75221 | 208.85 | 1172 | 12/4/98 |
|   | MCD Emergency Phys. PA | * | 8111 LBJ # 835 | Dallas Tx | 75251 | 14.86 | 1175 | 12/4/98 |
|   | McDaniel H. Reginal M | 75-1547886 | P.O. Box 740968 | Dallas Tx | 75374 | 26.85 | 1176 | 12/4/98 |
| C | McGill Kevin | 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 | 1666 E. NW Hwy #2015 | Garland TX | 75041 | 2.56 | 711 | 12/4/98 |
|   | McWherter Joseph F.M.D. | 75-2055372 | 1650 W Magnolia # 206 | Ft Worth Tx | 76104 | 225.22 | 1179 | 12/4/98 |
|   | Medical Imaging Ltd. | 75-2138984 | 1325 S Main St | Ft Worth Tx | 76104 | 175.16 | 1190 | 12/4/98 |

## A-3

| CL | CLAIMANT'S NAME | TAX ID NUMBER | ADDRESS ONE | ADDRESS TWO | ZIP CODE | CHECK AMT. | CHECK NUMBER | CHECK DATE |
|---|---|---|---|---|---|---|---|---|
|  | Medical Interface | 74-2441397 | P.O. Box 21174 | Waco Tx | 76702 | 42.81 | 1192 | 12/4/98 |
|  | Medical Neurology Assoc. | 75-1710113 | 5959 Harry Hines Blvd # 945 | Dallas Tx | 77085 | 108.31 | 1193 | 12/4/98 |
|  | Medical Plaza Hospital | 75-0800591 | P.O. Box 888218 | Dallas Tx | 75388 | 418.72 | 1194 | 12/4/98 |
|  | Mehany Leroy I. M.D. | 75-2913894 | P.O. Box 880 | Rusk Tx | 75785 | 9.42 | 342 | 12/4/98 |
|  | Mendoza William E. MD | 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 | P.O. Box 290448 | San Antonio Tx | 78229 | 112.81 | 1202 | 12/4/98 |
| C | Merle Cathy | 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 | 2322 Royal Dr. | Garland Tx | 75291 | 22.50 | 715 | 12/4/98 |
| C | Messina Isabelle | 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 | 1829 Becker Place | Port Arthur Tx | 77642 | 50.32 | 716 | 12/4/98 |
|  | Metroplex Emergency Phys | 75-1690472 | P.O. Box 741928 | Dallas Tx | 75374 | 75.29 | 349 | 12/4/98 |
|  | Miciotto John C. MD | 72-0853898 | 1012 Doctors Dr | Bossier City La | 71111 | 12.81 | 1209 | 12/4/98 |
|  | Mid Cities Pathology | 75-1821898 | P.O. Box 100789 | Ft Worth Tx | 76185 | 88.70 | 1210 | 12/4/98 |
|  | Mid Jefferson County Hospital | 74-1891501 | P.O. Box 200919 Fac # 448 | Houston Tx | 77218 | 388.46 | 1211 | 12/4/98 |
|  | Millard M.D. |  | 2227-D Haltom Rd | Ft Worth Tx | 76117 | 97.11 | 299 | 12/4/98 |
|  | Miller J.D. M D & Assoc. | 75-1379440 | 221 W Colorado Blvd | Dallas Tx | 75208 | 45.04 | 1213 | 12/4/98 |
| C | Miller David C. | 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 | 2807 Larkspur | Rowlett Tx | 75088 | 23.95 | 718 | 12/4/98 |
| C | Mitchel Ronald | 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 | PO Box 338 | Pottsboro TX | 75076 | 24.97 | 720 | 12/4/98 |
|  | Moehle M. Steven MD | 75-2287528 | 4401 Rowlett Rd | Rowlett Tx | 75088 | 7.76 | 1215 | 12/4/98 |
| C | Moon John | 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 | Rt 1 Box 199 LCE | Lancaster TX | 75146 | 11.01 | 721 | 12/4/98 |
| C | Moore Robin | 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 | 7117 Sunnybank | Keller Tx | 76248 | 20.33 | 722 | 12/4/98 |
| C | Moreau Betty |  | 3112 Haddick | Ft. Worth Tx | 76111 | 27.81 | 723 | 12/4/98 |
|  | Morgan Physical Therapy Inc | 75-2159487 | 8491 Grapevine Hwy # 9 | Hrlt-Hrs Tx | 76180 | 22.27 | 1218 | 12/4/98 |
|  | Morgan Robert D.D.S. M.S. | 75-1719801 | 3210 N MacArthur Blvd | Irving Tx | 75062 | 0.63 | 1219 | 12/4/98 |
|  | Morris Howard G. | 75-2268615 | P.O. Box 889 | Texarkana Tx | 75504 | 27.37 | 1220 | 12/4/98 |
|  | Morris Medical Center | 75-2189105 | 361 E Highway 243 | Canton Tx | 75103 | 20.98 | 1221 | 12/4/98 |
| C | Moseley Joe | 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 | 2492 Clubside Trail | McKinney TX | 75070 | 51.01 | 726 | 12/4/98 |
|  | MPC Laboratory Inc. | 74-2033397 | P.O. Box 297414 | Houston Tx | 77297 | 7.44 | 1223 | 12/4/98 |
|  | MRI Assoc of Texas Ltd | 75-2038680 | 12840 Hillcrest # 100 | Dallas Tx | 75230 | 79.08 | 1224 | 12/4/98 |
|  | Mueller Stephen E. MD | 75-2244782 | 951 York Dr | DeSoto Tx | 75115 | 103.22 | 1226 | 12/4/98 |
| C | Mullins Michael | 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 | 109 Golf Course | Gatesville TX | 76528 | 2.70 | 729 | 12/4/98 |
|  | Naus Peter M. D. |  | 2227-D Haltom Rd | Ft Worth Tx | 76117 | 252.59 | 310 | 12/4/98 |
|  | Neurology Associates | 75-1553963 | 6615 Manhattan # 204 | Ft Worth Tx | 76120 | 8.60 | 1239 | 12/4/98 |
|  | Neurology Associates of Dallas | 75-2193858 | 8230 Walnut Hill # 809 | Dallas Tx | 75231 | 204.10 | 1240 | 12/4/98 |
|  | Neurosurgical Associates | 75-1328012 | 8220 Walnut Hill # 306 | Dallas Tx | 75231 | 207.23 | 1241 | 12/4/98 |
|  | NHMC Emergency PCA In. |  | 101 Palomino Dr | Ft Worth Tx | 76179 | 224.43 | 1243 | 12/4/98 |
|  | Nivens Jamie A DO | 75-2294830 | 3576 S Carrier Pkwy # A | Grand Prairie Tx | 75051 | 150.93 | 1244 | 12/4/98 |
|  | Non-Invasive Cardiology |  | 7777 Forest Lane # B322 | Dallas Tx | 75230 | 4.38 | 1245 | 12/4/98 |
|  | North Dallas Vas. Lab |  | 2227-D Haltom Rd | Ft Worth Tx | 76117 | 25.42 | 309 | 12/4/98 |
|  | North Texas Clinic Assoc. | 75-1293251 | 2700 W Pleasant Run Rd | Lancaster Tx | 75146 | 3.89 | 1248 | 12/4/98 |
|  | North Texas Pain Management | 75-2280715 | 8230 Walnut Hill # 816 | Dallas Tx | 75230 | 69.78 | 1232 | 12/4/98 |
|  | Northeast Medical Management | 75-1851289 | P.O. Box 1358 | Bedford Tx | 76095 | 43.55 | 1252 | 12/4/98 |
|  | NRH Health Center |  | 2227-D Haltom Rd | Ft Worth Tx | 76117 | 47.92 | 311 | 12/4/98 |
|  | NTMC McKinney Joint Venture | 75-6006029 | P.O. Box 868252 | Dallas Tx | 75388 | 98.12 | 1254 | 12/4/98 |
|  | O'Rear John W MD | 75-1383545 | 800 8th Ave # 414 | Ft Worth Tx | 76104 | 545.05 | 1256 | 12/4/98 |
|  | O'Shea Thomas & Assoc Inc | 75-1416233 | P.O. Box 5710 | Ft Worth Tx | 76147 | 30.08 | 1257 | 12/4/98 |
|  | Obstetrics & Gynecology A so | 75-2110388 | 109 W Brazos | Palestine Tx | 75801 | 240.50 | 1258 | 12/4/98 |
| C | Ogle Clark | 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 | 1401 Plantation Dr. | Southlake Tx | 76092 | 9.38 | 738 | 12/4/98 |
| C | Oleson Lois | 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 | 13120 Vida Lane | Dallas TX | 75289 | 13.47 | 739 | 12/4/98 |
| C | Olivares Israel | 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 | 2911 Rampart St | Dallas TX | 75235 | 7.49 | 740 | 12/4/98 |
|  | Orthopedic Surgical Assoc. | 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 | 911 Walnut Hill Dr | Longview Tx | 75601 | 73.20 | 1266 | 12/4/98 |
|  | Osteopathic Medical Ctr. of TX | 75-0893891 | P.O. Box 852376 | Dallas Tx | 75285 | 10.43 | 1267 | 12/4/98 |
| C | Owens Leonard | 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 | 625 Irene | Burleson TX | 76028 | 11.31 | 1409 | 12/4/98 |
|  | P. I of Ft. Worth | 75-1441918 | 815 8th Ave | Ft Worth Tx | 76104 | 2,507.59 | 1270 | 12/4/98 |
| C | Palmer Doreen |  | P.O. Box 336 | Troy TX | 76579 | 17.73 | 743 | 12/4/98 |
|  | Park D. Michael MD | 75-1915675 | 1315 Doctors Dr | Tyler Tx | 75701 | 5.00 | 1272 | 12/4/98 |
|  | Park Place Hospital | 74-1801501 | P.O. Box 200921 | Houston Tx | 77216 | 103.88 | 1273 | 12/4/98 |
|  | Partners Medical Resource | 75-2185985 | P.O. Box 910202 | Dallas Tx | 75391 | 1,423.58 | 1277 | 12/4/98 |
|  | Pate R. Mark Dr. | 71-0891018 | 380 East 9th St | Texarkana Tx | 76502 | 430.73 | 1278 | 12/4/98 |
| C | Patterson Norma | 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 | 691 Rochelle | Red Oak TX | 76154 | 25.12 | 745 | 12/4/98 |
| C | Peasley David | 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 | 1819 Dupont | Vidor TX | 77662 | 31.13 | 746 | 12/4/98 |
|  | Peil, Tennyson, Boutros, m. | 74-1988895 | P.O. Box 2094 | Sulphur Tx | 77659 | 2.63 | 1286 | 12/4/98 |
| C | Pendergraft Billy | 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 | 2008 Halsell | Bridgeport TX | 76028 | 11.26 | 747 | 12/4/98 |
| C | Pendley Douglas D. | 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 | 1491 Cat Mtn. Trail | Keller TX | 76248 | 53.98 | 748 | 12/4/98 |
|  | Perry Wm. DDS |  | 2227-D Haltom Rd | Ft Worth Tx | 76117 | 21.90 | 312 | 12/4/98 |
|  | Perusek Carol A. MD |  | 2227-D Haltom Rd | Ft Worth Tx | 76117 | 80.70 | 313 | 12/4/98 |
|  | Peterson Daniel W. |  | 800 5th Ave | Ft Worth Tx | 76104 | 108.35 | 1288 | 12/4/98 |
|  | Petta Lawrence Craig MD | 75-1605444 | 1508 W Magnolia | Ft Worth Tx | 76104 | 13.37 | 1289 | 12/4/98 |
|  | Phaneuf Joseph G. MD | 75-1615893 | 851 Cross Timbers | Flower Mound Tx | 75028 | 53.49 | 1290 | 12/4/98 |
|  | Physicians Emergency Group | 75-1332314 | 2425 W Pioneer Pkwy | Arlington Tx | 76013 | 28.15 | 1294 | 12/4/98 |
|  | Physicians Medical Lab | 75-2232439 | P.O. Box 3143 | Texarkana Tx | 76501 | 3.22 | 1295 | 12/4/98 |
|  | Physicians Regional Hospital | 75-2253262 | P.O. Box 1500 | Wylie Tx | 75098 | 14.91 | 1296 | 12/4/98 |
|  | Pickard William D. & Ass c. | 76-013907 | 3535 Gates Blvd #111 | Port Arthur Tx | 77642 | 35.78 | 1297 | 12/4/98 |
|  | Pickens M.A. Jr. MD | 75-1837104 | 100 N Travis #209 | Sherman Tx | 75090-0914 | 22.27 | 1299 | 12/4/98 |
|  | Plano Pathology | 75-1707552 | P.O. Box 83899 | Dallas Tx | 75283 | 17.29 | 1300 | 12/4/98 |
|  | Presbyterian Hospital Winnsboro | 75-1870884 | P.O. Box 108 | Winnsboro Tx | 75494 | 17.97 | 1307 | 12/4/98 |
| C | Presley Sandy | 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 | 5701 Bonnie Dr. | Watauga Tx | 76148 | 14.62 | 755 | 12/4/98 |
|  | Professional Med Lab | 75-1514292 | P.O. Box 906 | Wichita Falls Tx | 76307 | 7.25 | 1310 | 12/4/98 |
|  | Radiology Associates | 75-1071274 | P.O. Box 26592 | Dallas Tx | 75274 | 35.97 | 1319 | 12/4/98 |
|  | Radiology Association of Abilene | 75-1293603 | 1726 Hickory | Abilene Tx | 79601 | 53.74 | 1321 | 12/4/98 |
|  | Radiology Consult of N. Dallas | 75-1530944 | 12800 Hillcrest # 100 | Dallas Tx | 75230 | 210.92 | 1325 | 12/4/98 |
|  | Radiology Consultants | 75-1765044 | P.O. Box 889 | Texarkana Tx | 75504 | 8.45 | 1457 | 12/4/98 |
|  | Rawls Donald E. MD | 75-1877353 | 905 9th Ave | Ft Worth Tx | 76104 | 7.26 | 1329 | 12/4/98 |
| C | Republic RSB Companies, Inc. |  | 2227 Haltom Rd | Ft Worth Tx | 76117 | 162.38 | 298 | 12/4/98 |
|  | Respiratory Consultants | 76-0259059 | P.O. Box 6845 | Houston Tx | 77285 | 5.91 | 1333 | 12/4/98 |
|  | Reyes Carlos M.D. | 75-1926915 | 1416 C Moore Ave | Terrell Tx | 75160 | 137.89 | 1334 | 12/4/98 |
| C | Rhoades Randall | 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 | 3226 East | Haltom City Tx | 76117 | 8.88 | 760 | 12/4/98 |
| C | Richards Jody | 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 | 5925 Copperwood #1098 | Dallas TX | 75248 | 22.53 | 763 | 12/4/98 |
| C | Richardson Robert | 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 | 1104 Wayne St | Haltom City Tx | 76117 | 7.80 | 764 | 12/4/98 |
| C | Roach Dale | 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 | 1338 Raider #239 | Euless Tx | 76040 | 14.67 | 767 | 12/4/98 |
| C | Rogers James D. | 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 | 4413 Dotwood | Brownwood Tx | 76801 | 42.16 | 769 | 12/4/98 |
| C | Rostron Paul | 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 | 3329 Jane Anne | Ft. Worth Tx | 76117 | 47.37 | 770 | 12/4/98 |
|  | Rowlett Family Medical Centre | 75-2267528 | 4401 Rowlett Rd # 101 | Rowlett Tx | 75088 | 4.38 | 1339 | 12/4/98 |
|  | Rutledge R.H. M.D. P A. | 75-1725400 | 901 South Lake St | Ft Worth Tx | 76104 | 86.02 | 1340 | 12/4/98 |
|  | Saba John L. | 75-1684651 | 909 Ninth Ave | Ft Worth Tx | 76104 | 19.49 | 1341 | 12/4/98 |

A-3

| CL. | CLAIMANT'S NAME | TAX ID NUMBER | ADDRESS ONE | ADDRESS TWO | ZIP CODE | CHECK AMT. | CHECK NUMBER | CHECK DATE |
|---|---|---|---|---|---|---|---|---|
|  | San Angelo Med Pract. Ass oc. | 75-2172308 | P.O. Box 149 | Ballinger Tx | 76821 | 4.63 | 1344 | 12/4/98 |
|  | Saunders F. M D | 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 | 800 N Waldrip | Grand Saline Tx | 75140 | 10.01 | 1347 | 12/4/98 |
| C | Schrum Pat | 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 | 11249 Perry Rd. #141 | Houston Tx | 77084 | 5.47 | 775 | 12/4/98 |
|  | Schwarz Donald E MD | 75-2008629 | 16775 N Hillcrest | Dallas Tx | 75248 | 247.74 | 1353 | 12/4/98 |
|  | SE Methodist Hospital | 75-0880891 | P.O. Box 911692 | Dallas Tx | 76391 | 21.15 | 1358 | 12/4/98 |
|  | SE Texas Gastroenterology Assn | 76-0233973 | 2800 North Street # 402 | Beaumont Tx | 77702 | 78.20 | 1357 | 12/4/98 |
|  | Shaver John | 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 | 210 SW Austin | Dekalb Tx | 75559 | 25.00 | 778 | 12/4/98 |
| C | Sheilds Thomas MD | 75-2147910 | 800 Fifth Ave # 412 | Ft Worth Tx | 76104 | 23.48 | 1362 | 12/4/98 |
|  | Shepard M. Joseph MD | 75-1558469 | 1015 Hospital Dr | Tyler Tx | 75701 | 32.28 | 1363 | 12/4/98 |
|  | Sherman Radiology Associ tes | 75-1311913 | One Grand Centre | Sherman Tx | 75090 | 58.87 | 1366 | 12/4/98 |
|  | Shich Benard N. M. D. | 76-0191654 | 12121 Richmond Ave # 218 | Houston Tx | 77082 | 60.08 | 1367 | 12/4/98 |
| C | Shock Mattie | 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 | 11241 Tower Oaks | Houston TX | 77085 | 10.81 | 779 | 12/4/98 |
|  | Short G. John | 75-1588169 | P.O. Box 7655 | Tyler Tx | 75711 | 8.86 | 1368 | 12/4/98 |
|  | Smith Purcell M.D. | 75-2185851 | 3801 W 15th Bldg 11 # 250 | Plano Tx | 75075 | 289.50 | 1376 | 12/4/98 |
|  | Southwest Oral & Maxilofa l | * | 5509 Pleasant Valley | Plano Tx | 76023 | 14.08 | 314 | 12/4/98 |
|  | Southwest Radiology Asso . | 75-1781389 | P.O. Box 841488 | Dallas Tx | 75284 | 31.12 | 1382 | 12/4/98 |
|  | Sports Medicine Clinic | 76-0189525 | 3129 College # 208 | Beaumont Tx | 77701 | 55.05 | 1384 | 12/4/98 |
|  | Sproti II Maxie C M.D. | * | 2390 Cartwright | Beaumont Tx | 77701 | 150.14 | 1385 | 12/4/98 |
|  | St Elizabeth Hospital | 74-1481328 | P.O. Box 269762 | Houston Tx | 77288 | 1,021.50 | 1388 | 12/4/98 |
| ** | St Joseph Hospital | 75-0890873 | 1401 S Main St | Ft Worth Tx | 76104 | 17,088.85 | 1389 | 12/4/98 |
|  | St Joseph Pathologists | 75-1515110 | 1309 S Main # 3950 | Ft Worth Tx | 76104 | 15.01 | 1390 | 12/4/98 |
|  | Surgical Pathology | 75-1511109 | P.O. Box 741836 | Dallas Tx | 75374 | 29.45 | 1401 | 12/4/98 |
|  | Surratt F.H. "Bud" | 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 | RT 5 Box 21-24 | Springtown Tx | 76082 | 9.41 | 795 | 12/4/98 |
| C | Sutton Beth H. MD | 75-1767724 | 600 Broad | Wichita Falls Tx | 76301 | 16.42 | 1402 | 12/4/98 |
|  | SW Med Cntr Pathologist sen | 75-1684109 | P.O. Box 741828 | Dallas Tx | 75374 | 0.57 | 344 | 12/4/98 |
|  | SWA Associates P.O. | 76-0077188 | 7777 S.W. Frwy # 454 | Houston Tx | 77074 | 63.34 | 1404 | 12/4/98 |
| C | Swarb Richard | 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 | 6428 High Lawn Terr | Ft. Worth Tx | 76148 | 31.48 | 796 | 12/4/98 |
|  | Tajani Hadi R MD | 75-2316977 | 900 8th Ave # 502 | Ft Worth Tx | 76104 | 700.05 | 1407 | 12/4/98 |
|  | Tarrant Outpatient Ctr. | 74-2482780 | 1717 Precinct Line # 104 | Hurst Tx | 76054 | 205.19 | 1410 | 12/4/98 |
|  | Tasdemioglu Nihat MD | 74-2134367 | 7777 SW Frwy #4940 | Houston Tx | 77074 | 23.48 | 1412 | 12/4/98 |
|  | Tatum D. Larry M.D. | * | 2227-D Haltom Rd | Ft Worth Tx | 76117 | 55.13 | 315 | 12/4/98 |
|  | Taye Abebe B. | 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 | 6091 Pineland #2205 | Dallas TX | 75231 | 31.09 | 798 | 12/4/98 |
| C | Taylor Thomas D. P. M. | 75-1704954 | 1230 Brown Trail | Bedford Tx | 76022 | 13.61 | 1488 | 12/4/98 |
|  | Team Anesthesia | 75-2236708 | P.O. Box 862380 | Mesquite Tx | 75185 | 58.30 | 1414 | 12/4/98 |
|  | Temple J Terry MD | * | 7777 Forest Lane # 349 | Dallas Tx | 75230 | 88.15 | 1415 | 12/4/98 |
|  | Terrell Community Hospital | 75-1586380 | P.O. Box 880134 | Dallas Tx | 75388 | 554.46 | 1489 | 12/4/98 |
|  | Texarkana Anesthesia Ass c. | 75-1572452 | P.O. Box 2831 | Texarkana Tx | 75504 | 336.42 | 1418 | 12/4/98 |
|  | Texas Back Institute | 75-2173209 | P.O. Box 866916 | Plano Tx | 75086 | 31.53 | 1420 | 12/4/98 |
|  | Texas Oncology PA | 75-2131429 | 3320 Live Oak # 600 | Dallas Tx | 75204 | 64.58 | 1421 | 12/4/98 |
|  | Texoma Anesthesia/Rivera | 75-1918690 | 2380 W Morton # 7 | Denison Tx | 75020 | 97.84 | 1423 | 12/4/98 |
|  | Thomas Jack MD | 75-1755808 | 1309 Highway 75-A | Denison Tx | 75020 | 75.07 | 1428 | 12/4/98 |
|  | Throckmorton Kenneth | 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 | 5701 Sand Shell Dr. | Fort Worth Tx. | 76137 | 35.30 | 802 | 12/4/98 |
| C | Thurman Ben M.D. | 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 | 107 N Main | San Angelo Tx | 76903 | 164.22 | 1431 | 12/4/98 |
|  | Titus Haris Clinic | 76-0167607 | 200 University Blvd # 6 | Galveston Tx | 77550 | 3.13 | 1433 | 12/4/98 |
|  | TMH Emergency Physician | 86-2026762 | P.O. Box 820889 | Houston Tx | 77282 | 6.26 | 1434 | 12/4/98 |
| C | Tomas James | 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 | P.O. Box 2488 | Buna TX | 77612 | 11.84 | 806 | 12/4/98 |
| C | Traicoff Allen | * | 817 Meadowdale Rd. | Arlington Tx | 76012 | 26.55 | 807 | 12/4/98 |
|  | Tulanon Paitoon M.D. | 75-2041277 | 3850 Gaston Ave # 851 | Dallas Tx | 75246 | 574.77 | 1436 | 12/4/98 |
|  | Tulloh James N. MD PA | 75-1426333 | 800 5th Ave # 418 | Ft Worth Tx | 76104 | 40.04 | 1437 | 12/4/98 |
|  | Tway, Sue Robinson MD | * | P.O. Box 757 | Kaufman Tx | 75142 | 6.26 | 1439 | 12/4/98 |
|  | Tyler Radiology Associatio | 75-1822364 | P.O. Box 7518 | Tyler Tx | 75711 | 40.68 | 1440 | 12/4/98 |
|  | Tyler Square | 75-1976030 | P.O. Box 7817 | Tyler Tx | 75711 | 44.61 | 1441 | 12/4/98 |
|  | U S Medical | 74-1927322 | 2434 W Holcombe | Houston Tx | 77030 | 4.75 | 1442 | 12/4/98 |
|  | UT Southwestern - MSP | 75-6002698 | P.O. Box 85347 | Dallas Tx | 75285 | 304.45 | 1446 | 12/4/98 |
|  | Vandeyver Herbert L. M.D | 74-1981001 | 3155 Stagg Dr # 161 | Beaumont Tx | 77701 | 17.52 | 1447 | 12/4/98 |
| C | Vinson David | 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 | 4821 Rufe Snow | Fort Worth Tx | 76180 | 93.74 | 816 | 12/4/98 |
| C | Vinyard John | 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 | 811 Dodgewood Lane | Mt. Pleasant Tx | 75455 | 43.72 | 817 | 12/4/98 |
|  | Vishu Lammata MD | 75-2207970 | P.O. Box 87 | Dublin Tx | 76115 | 5.47 | 1450 | 12/4/98 |
|  | Waheed Abdul MD | 75-2284105 | P.O. Box 7676 | Texarkana Tx | 76505 | 3.13 | 1453 | 12/4/98 |
|  | Wang Vincent H. Dr. | 75-1805608 | 105 S Jackson | Jacksonville Tx | 75766 | 37.54 | 1457 | 12/4/98 |
|  | Warick Jayne PHD | * | 2227-D Haltom Rd | Ft Worth Tx | 76117 | 313.49 | 300 | 12/4/98 |
| C | Warner Roger | 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 | 13909 Russ | Houston Tx | 77039 | 11.77 | 822 | 12/4/98 |
| C | Watson Michael | 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 | 6404 Frontage Rd #F | Greenville Tx | 75401 | 23.68 | 824 | 12/4/98 |
| C | Weber Joel | 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 | 709 Bridgewood #225 | Ft. Worth Tx | 76112 | 16.11 | 827 | 12/4/98 |
| C | Welton Gary | 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 | 1105 Forest Oaks | Hurst Tx | 76053 | 9.32 | 829 | 12/4/98 |
| C | Whelan Brian | 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 | 3455 Whittier | Fort Worth Tx | 76133 | 2.69 | 834 | 12/4/98 |
|  | Whitney Honer Ed.D | * | 7109 Grapevine Hwy | Ft Worth Tx | 76182 | 37.54 | 1464 | 12/4/98 |
|  | Wichita Anesthesia | 75-2305895 | P.O. Box 5184 | Wichita Falls Tx | 76307 | 107.04 | 1465 | 12/4/98 |
|  | Wilcox Robert N. MD | 51-4327009 | 1519 91St Court NW | Bradenton FL | 34209 | 27.18 | 1468 | 12/4/98 |
|  | Williams Buerk MD | 75-2037438 | P.O. Box 100769 | Ft Worth Tx | 76185 | 4.19 | 1470 | 12/4/98 |
|  | Williams Phillip E | 75-1800944 | P.O. Box 741826 | Dallas Tx | 75374 | 27.37 | 345 | 12/4/98 |
|  | Willowbrook Hospital | * | P.O. Box 1070 | Waxahachie Tx | 75165 | 3,207.97 | 1472 | 12/4/98 |
| C | Wolfe Catherine | 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 | Rt 4 Box 132 | Gilmer Tx. | 75644 | 50.83 | 849 | 12/4/98 |
|  | Women's Clinic West P.A. | 75-1314699 | 2509 Merrick S | Ft Worth Tx | 76107 | 12.51 | 1476 | 12/4/98 |
| C | Wood Johnny | 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 | 704 Peach Orchard | Keller Tx | 76248 | 7.63 | 850 | 12/4/98 |
|  | Wright Tom | 71-0877397 | 724 E 6th St | Texarkana Ar | 75502 | 15.64 | 1480 | 12/4/98 |
|  | Yants M.D. | * | 2227-D Haltom Rd | Ft Worth Tx | 76117 | 102.91 | 301 | 12/4/98 |
|  | Zaidn Paavo R. M.D. | 75-2306699 | 505 Lipscomb St | Bonham Tx | 75418 | 140.01 | 1484 | 12/4/98 |
| C | Zettler Steve | 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 | 1420 Whittenburg | Ft. Worth Tx | 76134 | 53.59 | 854 | 12/4/98 |
|  |  |  |  |  |  | 73,537.07 |  |  |