

ORIGINAL

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FILED
BXT
DEC 20 2004
TAWANA C. MARSHALL, CLERK
By_____ Deputy

In Re: §
       §
       § Case No.: 391-31265 - RCn-11
Debtor(s) §
Affiliated Food Group Trust §
       §
       §

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the undersigned, to make application for an order directing payment of unclaimed funds now on deposit in the Treasury of the United States. Claimant is a __x__ creditor ____ debtor (check one) in the above captions bankruptcy case and on whose behalf thee funds were deposited.

Name of Claimant  Jenny E. Freeman, MD
Name of Business Entity _____
Title of Officer/Representative (if claimant is a business entity) _____
Mailing Address 59 Ash St.
City Weston    State MA    Zip 02493-1927
Telephone Number:  Home (781) 160-5567    Work (781) 647-8422
SS# ____7315    Tax ID# _____
Amount Being Claimed  $4,332.28

I, Jenny E. Freeman MD, do hereby state under penalty of perjury that I am legally entitled to claim these funds for whom the unclaimed funds were deposited into the treasury in the above reference bankruptcy case. I certify to the best of my knowledge that all information submitted in support of this claim is true and correct.

Date 11/30/04      _____Freeman_____       _____
                   Claimant Signature       Co-Claimant Signature

Subscribed and Sworn to Before Me this __1st__ day of __December, 2004__.

                              _Deborah R. Bondjoukdjian_
DEBORAH R. BONDJOUKDJIAN    Notary Public
Notary Public               In and for the State of _Massachusetts_
Commonwealth of Massachusetts
My Commission Expires       My Commission Expires: __4/7/06__
April 7, 2006

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

In Re: § 
§ 
Affiliated Food Group § Case No:391-31265-RCM-11
Benefit Trust § 
Debtor(s) § 
§

**ORDER DISBURSING FUNDS FROM REGISTRY AND
DEPOSITING FUNDS INTO UNCLAIMED FUNDS**

The Court, after review of the file, finds this case was closed on August 17, 1999. and reopened on September 7, 1999 for the limited purpose of depositing $73,537.07 into the Registry of the Court. The funds represent unclaimed insurance premiums. There being no further need for the funds to be held by the Clerk in the Registry of this Court, it is

**ORDERED** that the Clerk disburse $73,537.07 plus all accrued interest to the United States Bankruptcy Court, 1100 Commerce Street, RM 12A24, Dallas, TX 75242. It is further

**ORDERED** that the $73,537.07 representing dividends due to individual claimants on Exhibit "A" be deposited into unclaimed funds, and the accrued interest is forfeited to the Treasury of the United States. It is further

**ORDERED** this case shall be closed without further order of this Court.

DATE: 8/7/01

ROBERT C McGUIRE
UNITED STATES BANKRUPTCY JUDGE

EXHIBIT A
page 1 of 3



A-3

| CL. | CLAIMANT'S NAME | TAX ID NUMBER | ADDRESS ONE | ADDRESS TWO | ZIP CODE | CHECK AMT. | CHECK NUMBER | CHECK DATE |
|---|---|---|---|---|---|---|---|---|
| | Edwards Rusty L. D.O. | 75-1781471 | 1007 S Hampton | Dallas Tx | 75208 | 35.86 | 1019 | [illegible] |
| | Eisenberg David H. DPM | | 2185 Marsh Lane # 112 | Carrollton Tx | [illegible] | 65.80 | 1020 | [illegible] |
| | Emergicare Associates PA | 76-0228[illegible] | P.O. Box [illegible] | Houston Tx | 77289 | 7.01 | 1023 | [illegible] |
| | Falcon Raymond | 4[illegible] | 800 8th Ave # [illegible] | Ft Worth Tx | 76104 | 164.22 | 1026 | [illegible] |
| C | Farmer Rachel | 4[illegible]-4936 | 817 Lake Plaza | Azle Tx | [illegible] | 2.36 | [illegible] | [illegible] |
| C | Fowler-Higgins Company, I c. | ******** | One Dallas Ctr #2200 | Dallas Tx | 75201 | [illegible] | 207 | [illegible] |
| | Freeman Jenny E. MD | 75-2280156 | 800 8th St. # 4410 | Ft Worth Tx | 76104 | 4,332.28 | 1036 | [illegible] |
| | Ft. Worth Gastro. Med. Ctr | * | P.O. Box 8[illegible]374 | Dallas Tx | 752[illegible] | 42.73 | 1039 | [illegible] |
| C | Fullerton Hugh Y. | 4[illegible] | 1300 Lexington Cr. | Corsicana Tx | 75110 | 65.34 | 807 | [illegible] |
| | Garcia Arthur G. MD | 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 | 1801 MaCart | Ft Worth Tx | 76133 | 421.38 | 1041 | [illegible] |
| | General Anesthesiology As as. | 75-2187934 | 7719 [illegible] Drive # A | [illegible] Tx | 76180 | 128.80 | 329 | [illegible] |
| | Gilbert Medical & Surgical | * | 2101 N MacArthur Blvd # 214 | Irving Tx | 75061 | 324.81 | 330 | [illegible] |
| | Godell Chester D.O. | 375-32-1[illegible] | 1717 Precinct Line Rd #[illegible] | Hurst Tx | 76054 | 3.75 | 1049 | [illegible] |
| C | Goetz Guy | 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 | [illegible] 6th Street | Ballinger Tx. | 76821 | 114.75 | 802 | [illegible] |
| | Golden Triangle Emergency | 74-1801804 | 4900 Twin City 387 | Groves Tx | 77619 | 84.81 | 331 | [illegible] |
| | Gonzalez-Devi Adalia DO | 4[illegible]-33-4871 | 817 N Carrier Pkwy # B | Grand Prairie Tx | 75050 | 245.80 | 332 | [illegible] |
| C | Goodwin Gerald | 461-34-[illegible] | 1416 [illegible] Rd #801 | San Angelo Tx | 76901-[illegible] | 24.10 | 805 | [illegible] |
| | Gordon Robert E. | 75-222[illegible]43 | 777 S Broadway Ste # 200 | Tyler Tx | 75701 | 19.58 | 1050 | [illegible] |
| | Gorrepati Navaneeta K. MD | 75-2207[illegible] | 424 E Pleasant Run | DeSoto Tx | 75115 | 11.73 | 333 | [illegible] |
| | Graham Sheldon B. M.D. | 75-2083271 | 2800 W Morton #7 | Denison Tx | 75020 | 87.08 | 1051 | [illegible] |
| | Granger David P. MD | 75-21[illegible] | 6800 Heritage Pkwy # 102 | Rockwall Tx | 75087 | 11.84 | 1052 | [illegible] |
| C | Grant Sidney W. | 4[illegible]-34-[illegible]72 | 3821 Diamond Loch E. | Ft. Worth TX | 76180 | 91.60 | 808 | [illegible] |
| | Gregory Alex G. M.D. | 75-1[illegible]620 | 1420 S Main #[illegible] | Ft Worth Tx | 76104 | 117.30 | 1058 | [illegible] |
| | Grieves W. D.O. | * | 1424 Brown Trail # C | Bedford Tx | 76022 | 42.23 | 1059 | [illegible] |
| C | Guthrich Jamie | * | 3800 Brookhaven Club | Addison Tx | 75244 | 38.75 | 810 | [illegible] |
| | Haggard Lloyd C. | 75-2120465 | 1300 Coit Rd # 100 | Plano Tx | 75075 | 74.40 | 1062 | [illegible] |
| | Halpert James S. DDS | 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 | P.O. Box 795 | Colleyville Tx | 76034 | 8.79 | 1066 | [illegible] |
| | Haltom City Chiropractic | * | 2800 A Denton Hwy | Haltom City Tx | 76117 | 64.44 | 1068 | [illegible] |
| C | Hannahes Mary | 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 | 1710 F Oak Creek | Bedford Tx. | 76021 | 1.38 | 817 | [illegible] |
| | Hanson Gregory W. MD | 74-2114876 | 6560 Fannin Ste # 2100 | Houston Tx | 77030 | 8.38 | 334 | [illegible] |
| | Healthcare | 75-1634426 | 200 King Lane # 105 | Garland Tx | 75042 | 60.45 | 1081 | [illegible] |
| | Hearne Ronald H. MD | 75-1534201 | 4[illegible] NE Stallings # 2[illegible] | Nacogdoches Tx | 75965 | 2.03 | 336 | [illegible] |
| | Hellman Wayne M.D. | 75-2151008 | 122 W Colorado # 105 | Dallas Tx | 75208 | 4.60 | 1086 | [illegible] |
| | Henderson Med. Group | | 2227-D Haltom Rd | Ft Worth Tx | 76117 | 74.45 | 308 | [illegible] |
| C | Hendricks Joye | 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 | 7651 Blue Carriage Ct | Ft. Worth Tx | 76120 | 31.50 | 625 | [illegible] |
| | Hendrickson Pamela M D | * | 2101 N MacArthur Tx #202 | Irving Tx | 75061 | 30.65 | 1089 | [illegible] |
| C | Herring Jimmie | 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 | 1001 Christopher | Whitehouse Tx | 75791 | 4.60 | 627 | [illegible] |
| C | Hill Arthur F. | * | Rt. 3 Box 424 | Kaufman Texas | 75142 | 408.51 | 645 | [illegible] |
| C | Hill David | 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 | 104 Sorry Lane | Gainesville Tx | 76240 | 653.40 | 646 | [illegible] |
| | Hilliard Robert James MD | 75-2[illegible]1085 | P.O. Box 120480 | Arlington Tx | 76012 | 13.70 | 1093 | [illegible] |
| | Hillerbrand J.A. MD | * | 7777 Forest Lane # B | Dallas Tx | 75230 | 280.34 | 1094 | [illegible] |
| | Hinkle, John C M.D.,P.A. | 75-20[illegible] | 221 W Colorado Blvd | Dallas Tx | 75208 | 58.67 | 1095 | [illegible] |
| | Homecare USA Inc. | 23-1966105 | 635 Meetze Rd | Warminster Pa | 18974 | 101.12 | 306 | [illegible] |
| | Hon Gordon DCM | | 2227-D Haltom Rd | Ft Worth Tx | 76117 | 8.88 | 307 | [illegible] |
| | Hunter John E | 75-1[illegible] | 1001 Main St | Texarkana Tx | 75501 | 8.13 | 1101 | [illegible] |
| | Hunt Robert G. MD | 76-0[illegible] | 6560 Fannin # 2[illegible] | Houston Tx | 77030 | 13.28 | 1109 | [illegible] |
| | Implant Perm. Dent. | | 2227- D Haltom Rd | Ft Worth Tx | 76117 | 1.78 | 309 | [illegible] |
| | Inst. For Cardio/Pulmon. | 75-1946605 | 1650 W Rosedale # 101 | Ft Worth Tx | 76104 | 491.81 | 1111 | [illegible] |
| | Internal Medicine Assoc. | | 1401 Airport Frwy # 110 | Bedford Tx | 76021 | 80.05 | 1112 | [illegible] |
| C | Irvine Sue | 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 | 6[illegible] Clover St. | Keller Tx | 76248 | 12.20 | 872 | [illegible] |
| | Ivers & Shaw Associates, | 74-1736446 | 3155 Stagg Dr # 200 | Beaumont Tx | 77701 | 17.13 | 1117 | [illegible] |
| | Ivy Richard G. II D.C. | 75-1707346 | 344 P S W Wilshire | Burleson Tx | 76028 | 82.09 | 1118 | [illegible] |
| | Jahvin Jonathan BI MD | 45-40-1290 | 6550 Fannin # 2801 | Houston Tx | 77030 | 37.54 | 1122 | [illegible] |
| C | Jenkins Linda | 454-80-4[illegible] | Rt. 22 Box 832 | Tyler Tx. | 75704 | 4.25 | 888 | [illegible] |
| C | Johnson Donald | 4[illegible]-44-8812 | 633 Denton Drive | Sherman Tx. | 75090 | 320.70 | 889 | [illegible] |
| C | Johnson Kimberly | 461-79-6[illegible] | 5701 Sandshell Dr. | Ft. Worth Tx | 76137 | 133.60 | 895 | [illegible] |
| C | Jones Perry | 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 | 1909 Yosemite Dr. | Fort Worth Tx | 76112 | 28.38 | 893 | [illegible] |
| | Jones Kenneth MD | 75-0806131 | 424 Summit Ave | Ft Worth Tx | 76104 | 2.50 | 1127 | [illegible] |
| | Kaufman Pathology Lab | | P.O. Box 741626 | Dallas Tx | 75374 | 7.10 | 337 | [illegible] |
| | Kauser Rehana MD | 75-2002871 | 800 5th Ave # 410 | Ft Worth Tx | 76104 | 47.58 | 338 | [illegible] |
| | Kendall W R MD | | P.O. Box [illegible] | Tomball Tx | 77375 | 60.08 | 1130 | [illegible] |
| | Kimberly Home Health Dall s | 48-0836087 | P.O. Box 2 | Hurst Tx | 76053 | 1,[illegible].65 | 1132 | [illegible] |
| | Kimbro Medical Center | 75-1302865 | 805 N Ridgeway | Cleburne Tx | 76033 | 3.80 | 1133 | [illegible] |
| C | King Catherine | | 2711 Rio Grande | Austin TX | 78705 | 7.88 | 630 | [illegible] |
| | King T. Kevin M.D. | 75-1591305 | P.O. Box [illegible] Dept 208 | Tyler Tx | 75712 | 41.88 | 340 | [illegible] |
| C | Knaus Scott | 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 | 2820 Orange Avenue | Groves Tx | 77619 | 12.88 | 630 | [illegible] |
| C | La Combe Robert | 455-44-0[illegible] | P.O. Box 853 | Llano Tx | 78643 | 382.09 | 678 | [illegible] |
| | Laboratory Physicians Ass c. | * | P.O. Box 10[illegible] | Ft Worth Tx | 76185 | 85.32 | 1139 | [illegible] |
| | Lake Pointe Medical Cente | 74-2289111 | P.O. Box 810[illegible] | Dallas Tx | 75381 | 1,223.87 | 1140 | [illegible] |
| | Landers W.H. Jr. | 76-0146801 | 1117 Gallagher # 470 | Sherman Tx | 75090 | 80.71 | 1143 | [illegible] |
| C | Lane Todd | 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 | [illegible] Pacific | Hurst Tx. | 76053 | 101.19 | 679 | [illegible] |
| | Laney Daryl | 75-2296076 | P.O. Box 1798 | Rosenberg Tx | 75282 | 35.05 | 1146 | [illegible] |
| | Ledward Peter MD | 75-1834291 | 1000 Fifth Ave # E | Ft Worth Tx | 76104 | 146.14 | 1148 | [illegible] |
| | Leuzinger Dean E. M.D. | 75-1439368 | 1919 Midwestern Pkwy | Wichita Falls Tx | 76302 | 17.06 | 1149 | [illegible] |
| | Lindsey Robert M.D. | 4[illegible]-0[illegible]-0803 | 800 8th Ave # 440 | Ft Worth Tx | 76104 | 118.86 | 1150 | [illegible] |
| C | Lockhart Donnie | 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 | 4000 N Springs Ln | Kennesaw Ga | 30144 | 13.42 | 881 | [illegible] |
| C | Long Mickey | 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 | P.O.BOX 85 | Albany Tx. | 76430 | 38.24 | 882 | [illegible] |
| C | Longhofer Peggy | 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 | 607 Nassau Bay II | Granbury Tx. | 76048 | 45.10 | 883 | [illegible] |
| | Lumpkin Forrest E. Jr. M | 75-1362079 | 8210 Walnut Hill | Dallas Tx | [illegible] | [illegible] | [illegible] | [illegible] |
| | Mackenzie Donald DR. | 75-2140865 | 120 S Central Expwy # 204 | McKinney Tx | [illegible] | [illegible] | [illegible] | [illegible] |
| | Macial Josefina M D | 75-2143408 | 8801 LBJ Frwy # 310 | Dallas Tx | [illegible] | [illegible] | [illegible] | [illegible] |
| | Mamie-Shalfield Radiolog | 74-1802539 | 3817 Professional Dr | Port Arthur Tx | [illegible] | [illegible] | 1161 | [illegible] |
| | Massey Wilmer B. MD | 75-2130136 | Box 487 | Hawkins Tx | 75765 | 8.51 | 1167 | [illegible] |
| C | McBee Chris | 463-76-[illegible] | 106 Branco Drive | Palestine Tx | 75801 | 44.70 | 704 | [illegible] |
| C | McBride Tim | 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 | Rt. 1 Box 124 | Palmetto TX | [illegible] | 76.38 | [illegible] | [illegible] |
| C | McClister Michael | 4[illegible]-82-9183 | 1076 Sunrise Cove # | Keller TX | 76248 | 50.80 | 708 | [illegible] |
| | McConnell Thomas H. M. .P.A. | 4[illegible]-54-8780 | 3[illegible] E Amherst St | Dallas Tx | 75221 | 208.85 | 1172 | [illegible] |
| | MCD Emergency Phys. PA | | 6111 LBJ # 636 | Dallas Tx | 75251 | 14.88 | 1175 | [illegible] |
| | McDaniel H. Reginal M | 75-1547880 | P.O. Box 740[illegible] | Dallas Tx | 75374 | 28.85 | 1176 | [illegible] |
| C | McGill Kevin | 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 | 1[illegible] E. NW Hwy #2015 | Garland TX | 75041 | 2.58 | 711 | [illegible] |
| | McWhorter Joseph F.M.D. | 75-2065372 | 1650 W Magnolia # 205 | Ft Worth Tx | 76104 | 225.22 | [illegible] | [illegible] |
| | Medical Imaging Ltd. | 75-2130864 | 1325 S Main St | Ft Worth Tx | [illegible] | [illegible] | [illegible] | [illegible] |

EXHIBIT A

page 3 of 3

COPY

EXHIBIT

# Bank of America

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

H
Page 1 of 2
Statement Period
07-21-04 through 08-19-04
Number of checks enclosed: 0
B 12 0 C P 12    000047.

Account Number: 0034 3909 5764

#0000124  1 MB  0.309  04  20075 001 SCM999 I1 34
JENNY E FREEMAN
59 ASH ST
WESTON MA 02493-1927

Our free Online Banking service allows you to check balances, track account activity, pay bills and more. With Online Banking you can also view up to 18 months of this statement online and even turn off delivery of your paper statement. Enroll at www.bankofamerica.com.

## Customer Service Information
## www.bankofamerica.com

For additional information or service, you may call:          Or you may write to:
1-800-432-1000 Priority Telephone Banking                    Bank of America, N.A.

---

# KEYSPAN

2004233

01150622206814000041735

**AUTO                              **C 017

MRS. JENNY FREEMAN
59 ASH ST
WESTON, MA            02493-1927

Please Pay
By Sep 02
41.73  H

50622-20681

Account Number

Please mail this part of bill with your payment.
Make checks payable to KeySpan Energy Delivery.  Detach Here
Write your account number on check.

KeySpan address on the back must show in return envelope window

# EXHIBIT C
page 1 of 1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
§
§ Case No.: 391-31265
§
Debtor(s) § Affidavit of Jenny E. Freeman
Affiliated Food Group Trust §
§
§

I, Jenny E. Freeman, MD, under the penalty of perjury of the laws of the United States of America declare (or certify, verify or state) the following statements are true and correct:

1. I was a creditor in the bankruptcy of Affiliated Food Group Benefit Trust, Case No. 391-31265.

2. At the time of the bankruptcy my address of record was:

    800 5th St. #4410
    Fort Worth TX 78104

3. As so much time has gone by since the case was filed, I no longer have any correspondence showing this address or other paperwork concerning the case.

4. My current address and telephone number are:

    ~~405 Concord Rd.~~ 59 Ash ST
    ~~Weston MA 02493-1314~~ Weston MA 02493

    Phone: 781.760.5569

Signed this 30 day of Nov, 2004
Signature: _____

NOTARY ACKNOWLEDGMENT

State of Mass )          County of Middlesex

Before me, Jenny Freeman, personally appeared and acknowledged to me that he/she is the person whose name is subscribed within the instrument and acknowledged that the execution thereof to be his/her free act.

Identification for the above named was Driver's License (or specify other identification :)
Mass DL

Signed this 1 day of Dec, 2004
                                Notary Seal
Notary Public Signature: Deborah R. Bondjoukdjian
Residing At 15 Conversa Lane Melrose, MA

**DEBORAH R. BONDJOUKDJIAN**
Notary Public
Commonwealth of Massachusetts
My Commission Expires
April 7, 2006

# EXHIBIT B
page 1 of 1

COPY

page 1 of 1

FOLD HERE TO PLACE WITH PASSPORT



UNITED STATES OF AMERICA
Type / Type / Tipo   Code / Code / Código   Passport No. / No. du Passeport / No. de Pasaporte
P                                            USA
Surname / Nom / Apellidos
FREEMAN
Given names / Prénoms / Nombres
JENNY ELLEN
Nationality / Nationalité / Nacionalidad
  UNITED STATES OF AMERICA
Date of birth / Date de naissance / Fecha de nacimiento
24 Sep 1954
Sex / Sexe / Sexo   Place of birth / Lieu de naissance / Lugar de nacimiento
F              MISSOURI, U.S.A.
Date of issue / Date de délivrance / Fecha de expedición    Authority / Autorité / Autoridad
28 May 2003                                                  National
Date of expiration / Date d'expiration / Fecha de caducidad  Passport Center
27 May 2013
Amendments / Modifications / Enmiendas
See Page 24

EXHIBIT D
page 1 of 1

For sale by the U.S. Government Printing Office
Superintendent of Documents, Mail Stop: SSOP, Washington, DC 20402-9328
*U.S. Government Printing Office: 2001 — 480-548



# UNITED STATES BANKRUPTCY COURT
*Northern District of Texas*

Earle Cabell Federal Building and U.S. Courthouse
1100 Commerce Street, Room 12A24
Dallas, Texas 75242-1496

TAWANA C. MARSHALL
 CLERK OF COURT

United States Attorney
3rd Floor
1100 Commerce Street
Dallas, TX 75242

RE: Application for Payment of Unclaimed Funds
 Bankruptcy Case Number: 391-31265-RCM-11
 Debtor: Affiliated Food Group Benefit Trust
 Claimant: Jenny E. Freeman, M.D.

Dear Sir:

Enclosed herewith is a copy of an Application for Payment of Unclaimed Funds which is forwarded to your office pursuant to 28 U.S.C. 2042.

Absent the filing of an objection by your office within 20 days of this transmittal an Order directing payment of the unclaimed funds will be forwarded to the Bankruptcy Judge for signature.

DATE OF TRANSMITTAL: 12/20/2004

Sincerely yours,
Tawana Marshall
CLERK OF COURT

BY: **Richard Bryant**
Deputy Clerk